IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID FRANKLIN COTNEY, JR., | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:04-cv-1194-MEF |
| SID LOCKHART, *et al.*, | ) (WO-Not Intended for Publication) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the Order entered this date, it is the ORDER, JUDGMENT, and DECREE of the Court that judgment is entered in favor of Defendants and against Plaintiff with Plaintiff taking nothing by his Complaint.

It is further ORDERED that costs are TAXED against Plaintiff, for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

DONE this 30th of August, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE